1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYBN 2040855)
   SUSAN KNIGHT (CABN 209013)
5  JOSEPH E. SPRINGSTEEN (DCBN 474317)
   Assistant United States Attorneys
6
       150 Almaden Boulevard, Suite 900
7      San Jose, California 95113
       Telephone: (408) 535-5061
8      FAX: (408) 535-5066
       E-Mail:Matthew.Parrella@usdoj.gov
9             Susan.Knight@usdoj.gov
              Joseph.Springsteen@usdoj.gov
10
   Attorneys for United States of America
11

**FILED**

MAY 17 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00264-005 LHK |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RESTITUTION |
| v. | |
| RAID JAMIL, | |
| Defendant. | |

The undersigned parties have met and conferred regarding the amount of restitution the Court should order defendant Raid Jamil to pay in the above-captioned matter. The parties hereby stipulate and agree that the defendant shall pay to Living Essentials $268,936.00. This amount satisfies the defendant's obligations under 18 U.S.C. §§ 3663 and 3664. The payment shall be due within 30 days from the date of the Court's Order.

The defendant has been advised by his counsel of his right to a restitution hearing and waives his right to the hearing by entering into this stipulation.

STIPULATION AND [~~PROPOSED~~] ORDER
CR 15-00264 LHK

The defendant shall address his payment to:

>Clerk of the Court, United States District Court
>450 Golden Gate Avenue
>San Francisco, CA 94102
>Reference: Patterson Belknap Webb & Tyler Attorney Trust IOLA
>(Living Essentials/criminal case restitution)

SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

Dated: 5/17/17

MATTHEW A. PARRELLA
SUSAN KNIGHT
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys

Dated: 5/17/17

RAID JAMIL
Defendant

Dated: 5/17/17

DAVID KNUTSEN
Attorney for Defendant Jamil

//
//
//
//
//
//
//
//
//

STIPULATION AND [~~PROPOSED~~] ORDER
CR 15-00264 LHK

## [~~PROPOSED~~] ORDER

Based on the foregoing, the Court HEREBY ORDERS that defendant Raid Jamil shall pay restitution to Living Essentials in an amount of $268,936.00, which satisfies his restitution obligations in full and will be due within 30 days from the date of the Court's Order.

SO ORDERED.

Dated: 5/17/2017

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge